IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL T. BUCKLEY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-4229 |
| | : | |
| T-MOBILE USA, INC. | : | |

## ORDER

AND NOW, this 29th day of August 2024, following our grant of leave for Plaintiff to file a Complaint without paying filing fees (ECF No. 4) but requiring we screen his pro se Complaint (ECF No. 2), having now screened his Complaint leading us to find he does not and cannot state a federal question within our limited subject matter jurisdiction as he judicially admits having no injury arising from Defendant's conduct and otherwise cannot state a claim under federal law, and for reasons detailed in today's accompanying Memorandum, it is **ORDERED** we:

1. **DISMISS** the Complaint (ECF No. 2) with prejudice after swearing he lacks an injury and he otherwise has not stated a claim; and,

2. **DIRECT** the Clerk of Court shall **close** this case.

_____
KEARNEY, J.